

**FILED**

12/15/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0620

## IN THE SUPREME COURT OF THE STATE OF MONTANA

### DA 22-0620

CHARLES ROBERT MASOLO and GAY ANN MASOLO,

Plaintiffs and Appellees,

v.

CHRISTOPHER "GREGG" THOMAS and MARGARET THOMAS,

Defendants and Appellants.

FILED

DEC 15 2022

Bowen Greenwood
Clerk of Supreme Court
State of Montana

### ORDER

Pursuant to Appellants' motion for extension of time to file their opening brief and good cause appearing,

IT IS HEREBY ORDERED that Appellants have until January 31, 2023, to file and serve their opening brief.

DATED this 15 day of December, 2022.

For the Court,

_____
Chief Justice